IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 7 |
| DIAMONDHEAD CASINO ) | Bk. No. 24-11354-JKS |
| CORPORATION, ) | |
| ) | |
| Debtor. ) | |
| ) | |
| EUROPA CRUISES CORPORATION ) | |
| STOCK OWNERSHIP PLAN, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Civil Action No. 25-1021-MN |
| ) | BK. BAP No. 25-33 |
| EDSON ARNEAULT, et al., ) | |
| ) | |
| Appellees. ) | |
| ) | |
| DEBORAH A. VITALE, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Civil Action No. 25-1022-MN |
| ) | BK. BAP No. 25-34 |
| EDSON ARNEAULT, et al., ) | |
| ) | |
| Appellees. ) | |
| ) | |

**ORDER**

At Wilmington, Delaware, this **17th day of November 2025;**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the Court held a teleconference on October 7, 2025, to further confer with counsel for all parties;

WHEREAS following that conference the parties further conferred and submitted a further status report to the Court;

WHEREAS based upon the arguments presented by counsel, the Court finds it unlikely that mediation will resolve the pending claims on appeal;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue an order withdrawing the matter from mediation. The parties should address any request for entry of a briefing schedule to the assigned District Judge in this matter.

_Christopher J. Burke_
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE